# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 5:08-CR-29 (HL) |
| | : | |
| BILLY A. LITTLE, | : | |
| | : | |
| Defendant. | : | |

# ORDER

The trial of this case, presently scheduled to begin at 9:30 a.m. on Monday, August 11, 2008 is hereby continued until further order of this Court. The Pre-Trial Conference, presently scheduled to begin at 1:30 a.m. on Thursday, July 31, 2008, is also continued until further order. The Court continues this case on the motion of the defendant regarding the need for additional time to prepare for trial. Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendant in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. 18 U.S.C.A. §§ 3161 to 3174. The trial of this case will be rescheduled for the next Macon trial term.

**SO ORDERED**, this the 29th day of July, 2001.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**